BEFORE THE FIRST DIVISION, JULY 22, 1958

No. 62190.—Kurt S. Adler v. United States, protest 314380–K (New York).

Opinion by OLIVER, C. J. In accordance with oral stipulation of counsel that the merchandise described as "Hanging Elf-figurines w. thread W-2043" is properly dutiable, by similitude, as cellulose acetate articles, the claim of the plaintiff was sustained.